RUDOLPH SANCHEZ

VERSUS

ANDRIYELL ONIDAS

NO. 20-CA-395

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA


ON APPEAL FROM THE TWENTY-NINTH JUDICIAL DISTRICT COURT
PARISH OF ST. CHARLES, STATE OF LOUISIANA
NO. 87,577, DIVISION "E"
HONORABLE TIMOTHY S. MARCEL, JUDGE PRESIDING


March 04, 2021


**JOHN J. MOLAISON, JR.**
**JUDGE**


Panel composed of Judges Robert A. Chaisson,
Stephen J. Windhorst, and John J. Molaison, Jr.


<u>**APPEAL DISMISSED**</u>
    **JJM**
    **RAC**
    **SJW**

COUNSEL FOR PLAINTIFF/APPELLANT,
RUDOLPH SANCHEZ
	Nghana L. Gauff

**MOLAISON, J.**

On August 20, 2020, Appellant/Plaintiff, Rudolph Sanchez filed a notice of appeal to the 29th Judicial District Court's judgment of August 10, 2020 transferring his custody and support case to the 34th Judicial District Court. The trial court granted the Appellee, State of Louisiana, Department of Children and Family Services, Child Support Enforcement's exception of *lis pendens* and Defendant, Andriyell Onidas' exception of *forum non conveniens*.

After consideration of the record and the joint motion of Appellant and Appellee filed on February 4, 2021, requesting dismissal of the appeal after a compromise had been reached between the parties, this Court orders a dismissal of the appeal.

APPEAL DISMISSED

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

**101 DERBIGNY STREET (70053)**

**POST OFFICE BOX 489**

**GRETNA, LOUISIANA 70054**

www.fifthcircuit.org

## NOTICE OF JUDGMENT AND CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE OPINION IN THE BELOW-NUMBERED MATTER HAS BEEN DELIVERED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 2-16.4 AND 2-16.5** THIS DAY **MARCH 4, 2021** TO THE TRIAL JUDGE, CLERK OF COURT, COUNSEL OF RECORD AND ALL PARTIES NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 20-CA-395

### E-NOTIFIED
29TH JUDICIAL DISTRICT COURT (CLERK)
HONORABLE TIMOTHY S. MARCEL (DISTRICT JUDGE)
JOE CONNELLY (APPELLANT)                    NGHANA L. GAUFF (APPELLANT)

### MAILED
ANDRIYELL ONIDAS  (APPELLEE)               GEORGE J. HIGGINS, JR. (APPELLEE)
2113 CENTANNI DRIVE                         MARIA R. TREFFINGER (APPELLEE)
ST. BERNARD, LA 70085                       ATTORNEYS AT LAW
                                            2601 TULANE AVENUE
                                            10TH FLOOR
                                            NEW ORLEANS, LA 70119